# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00518-CV

**James McCoy, Appellant**

**v.**

**Dale Wainwright, Chairman of the Texas Board of Criminal Justice, and Kenneth Green, Disciplinary Captain of the Michael Unit, Appellees**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-003083
### THE HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due November 19, 2018. On appellant's motions, the time for filing was extended to March 6, 2019. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than April 5, 2019. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on March 8, 2019.

Before Chief Justice Rose, Justices Kelly and Smith